ADORNO & YOSS LLP
80 Broad Street, 32nd Floor
New York, New York 10004
(212) 809-5700
(973) 256-9000
Attorneys for Plaintiff, Flagstar Bank, FSB



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federally chartered bank,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CARIBBEAN MORTGAGE CORP., et. al.,<br><br>　　　Defendants. | CASE NO.: 1:05-CV-02364-JG-RML<br><br>FINAL JUDGMENT BY CONSENT IN FAVOR OF PLAINTIFF FLAGSTAR BANK, FSB AND AGAINST DEFENDANTS CARIBBEAN MORTGAGE CORP. AND UDIT MEETO |

THIS MATTER having been jointly opened to the Court on the application of defendant Flagstar Bank, FSB ("Flagstar"), through its undersigned attorneys, Adorno & Yoss LLP (by Steven Gerber and Steven D. Ginsburg, Esqs.), and defendants Caribbean Mortgage Corp. ("Caribbean Mortgage") and Udit Meeto ("Meeto"), through their undersigned attorneys, The Straniere Law Firm (by Robert A. Straniere, Esq.); and counsel reporting to the Court that Flagstar has reach a settlement with defendants Caribbean Mortgage and Meeto, contained in a written Stipulation & Settlement Agreement For Final Judgment dated as of May 24, 2006 (the "Settlement Agreement") which Settlement Agreement is incorporated by referenced herein, and that as part of the Settlement Agreement, Flagstar, Caribbean Mortgage and Meeto have consented to the form, substance and entry of this Final Judgment by Consent, as evidenced by their

{M1480654_2}

respective counsel's signatures and the signatures of defendants Caribbean Mortgage and Meeto on the foot hereof; and for good cause shown;

IT IS this 26th day of June, 2006,

ORDERED AND ADJUDGED that judgment shall be, and the same hereby is, entered in favor of Flagstar Bank, FSB and against defendants Caribbean Mortgage Corp. and Udit Meeto, jointly and severally, in the principal sum of Two Million One Hundred Fifty Thousand Nine Hundred Twenty Five and 47/100 (**$2,150,925.47**) Dollars; and it is

FURTHER ORDERED that neither Caribbean Mortgage Corp. nor Udit Meeto shall contend in any bankruptcy proceeding in which either of them is the debtor that this Final Judgment is dischargeable, and they stipulate that the debt reflected in the Final Judgment shall be non-dischargeable pursuant to 11 U.S.C. section 523; and it is

FURTHER ORDERED that this Court shall retain jurisdiction over plaintiff Flagstar Bank, FSB and defendants Caribbean Mortgage Corp. and Udit Meeto to enforce the Settlement Agreement.

The Clerk is directed to close the case. JG

s/John Gleeson
Hon. John Gleeson, U.S.D.J.

{M1480654_2}

Counsel for the undersigned defendants hereby consents to the form, substance and entry of this Final Judgment by Consent:

THE LAW OFFICE OF ROBERT A. STRANIERE

By_____
Robert A. Straniere, Esq.

Dated: __5/23__, 2006

The undersigned defendants, Caribbean Mortgage Corp. and Udit Meeto, hereby consent to the form, substance and entry of this Final Judgment by Consent:

CARIBBEAN MORTGAGE CORP.

By_____
Udit Meeto, Its President

Dated: __5/23__, 2006

_____
UDIT MEETO, Individually

Dated: __5/23__, 2006

{M1480654_2}

Plaintiff Flagstar Bank, FSB, through its undersigned counsel, hereby consents to the form, substance and entry of this Final Judgment by Consent:

ADORNO & YOSS LLP

By_____
Steven Gerber, Esq. (SG-5881)
Steven D. Ginsburg, Esq.
80 Broad Street, 32nd Floor
New York, New York 10004

Dated: May 24, 2006

{M1480654_2}